IN THE UNITED STATES BANKRUPTCY COURT
Michelle Lee
16480 Fairway
Commerce Co. 80022
Phone:346-554-9725
Date
leedreamgoddes@gmail.com

**Case No.** Case 24-16918-KHT



FILED
CLERK OF COURT

AUG 2 6 2025

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Michelle D. Lee

**PLAINTIFF,**
Vs.

BARRETT FRAPPIER & WEISSERMAN, LLP /s/ Rachael Swernofsky Rachael Swernofsky, Atty Reg No. 56919 1391 N. SPEER BLVD, SUITE 700 DENVER, CO 80204 Telephone: (303) 327-8761 Telecopier: (972) 661-7725 Email Address: co.ecf@bdfgroup.com

**Motion to correct Clerical error**
COMES NOW Michelle Lee Pro Se respectfully moves this Court to correct clerical errors in the Docket #263.

1. The Adversarial Compliant Compliant add property location states : In section Lack of proof of indebtedness
2. The correct information is property located at : 16480 Fairway dr commerce city co. 80022 , Lot Reunion Filing #6 2nd amendment county adams st. colorado
3. 25572 E.5th plAurora co. 80018 Traditions Subdivision Arapahoe county St. Co.
4. WHEREFORE, the movant respectfully requests that the Court amend the order to reflect the correct information.

Respectfully
Michelle Lee

*Michelle D. Lee* (signature)

CERTIFICATE OF SERVICE

The undersigned has confirmed that copies of a **Motion to correct Clerical error** Entry of Order Pursuant to Local Bankruptcy Rule 4001;  Certified mail ___8/25/25___ I parties against whom relief is sought and those otherwise entitled to service pursuant to FRBP and these LBR at the following

BARRETT FRAPPIER & WEISSERMAN, LLP /s/ Rachael Swernofsky Rachael Swernofsky, Atty Reg No. 56919 1391 N. SPEER BLVD, SUITE 700 DENVER, CO 80204 Telephone: (303) 327-8761 Telecopier: (972) 661-7725 Email Address: co.ecf@bdfgroup.com